

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00755-CR

Shawn Patrick **HOOK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-0244-CR-A
Honorable Brenda Chapman, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 10, 2014.

Catherine Stone, Chief Justice